# LAW OFFICES OF THOMAS P. RILEY
### A PROFESSIONAL CORPORATION

---

**ONE CALIFORNIA PLAZA**
**300 SOUTH GRAND AVENUE, SUITE 2670**
**LOS ANGELES, CA 90071**

**TPRLA@ATT.NET**

TEL: (213) 229-9292                                    FAX:   (213) 229-9295

June 23, 2005

Honorable Edward M. Chen
Chambers of the Honorable Edward M. Chen
United States District Court
16-1111 U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Attn:  Ms. Betty Fong

**Re:**   *Garden City Boxing Club, Inc. v. Margaret L. Carver, et al.*
          *U.S.D.C. Case No. 05-cv-0844 EMC*

Ms. Fong:                                                          *Transmitted By E-Filing*

Following-up on your conversation with Monica Mascorro on my staff yesterday afternoon, please allow this letter to serve as Plaintiff's formal request to continue the Case Management Conference presently scheduled for Wednesday, June 29, 2005, at 1:30 p.m. to a new date of Wednesday, September 14, 2005 at 1:30 p.m.

As discussed with Ms. Mascorro, the Plaintiff respectfully requests this brief continuance in order that parties may continue ongoing settlement discussions in this matter.

Thank you very much for your courtesy and consideration in this matter.

Respectfully submitted,                          IT IS SO ORDERED:

/s/ Thomas P. Riley
                                                 _____
Thomas P. Riley                                  Edward M. Chen
                                                 United States Magistrate Judge

cc: Mr. Eric McFarland, Esq. (via fax only)

TPR/mm

