Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071-3161

Tel:  213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Garden City Boxing Club, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Margaret Lillian Carver, et al.<br><br>Defendants. | CASE NO. 05-CV-00844 TEH<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARGARET LILLIAN CARVER, individually and as the alter ego of MC T'S BULL PEN, INC., d/b/a MC T'S BULLPEN;  MC T'S BULL PEN, INC., an unknown business entity d/b/a MCT'S BULL PEN |
|---|---|

**IT IS HEREBY STIPULATED** by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendants MARGARET LILLIAN CARVER, individually and as the alter ego of MC T'S BULL PEN, INC., d/b/a MC T'S BULLPEN;  MC T'S BULL PEN, INC., an unknown business entity d/b/a MCT'S BULL PEN that the above-entitled action is hereby dismissed **without prejudice** against MARGARET LILLIAN CARVER, individually and as the alter ego of MC T'S BULL PEN, INC., d/b/a MC T'S BULLPEN;  MC T'S BULL PEN, INC., an unknown business entity d/b/a MCT'S BULL PEN subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 22, 2005, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

///

STIPULATION OF DISMISSAL
CV 05-00844 EMC
PAGE 1

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-
2  above shall bear its own attorneys' fees and costs.

3

4
   Dated: September 1, 2005            /s/ Thomas P. Riley
5                                      **LAW OFFICES OF THOMAS P. RILEY, P.C.**
6                                      By:  Thomas P. Riley
                                        Attorneys for Plaintiff
7                                      GARDEN CITY BOXING CLUB, INC.

8

9
   Dated:  September 2, 2005           /s/ Eric D. McFarland
10                                     **ZACKS UTRECHT & LEADBETTER, P.C.**
                                        By:  Eric D. McFarland
11                                     Attorneys for Defendants
12                                     MARGARET LILLIAN CARVER, individually and as the alter
                                        ego of MC T'S BULL PEN, INC., d/b/a MC T'S BULLPEN;
13                                     MC T'S BULL PEN, INC., an unknown business entity d/b/a
                                        MC T'S BULLPEN
14

15

16

17

18

19

20

21

22

23  **IT IS SO ORDERED**:

24

25

26  **The Honorable Thelton E. Henderson**
    **United States District Court**
27  **Northern District of California**

28

**STIPULATION OF DISMISSAL**
**CV 05-00844 EMC**
**PAGE 2**